```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )    4:05CR3025 |
| v. | ) |
| | ) |
| DANIEL L. MOORE, | ) |
| | )    ORDER |
| Defendants. | ) |
| | ) |

Counsel for the parties and the defendant appeared in court this date and jointly moved for a continuance of the plea hearing.

IT THEREFORE HEREBY IS ORDERED:

1. The motion is granted and the plea hearing is continued to November 7, 2005 at 12:00 p.m. before the Honorable Richard G. Kopf in Courtroom 1.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

IT IS FURTHER ORDERED that the defendant's conditions of release are amended as follows:

The defendant is released on the same conditions as previously set, with the exception of the removal of the electronic monitoring condition at such time as the defendant has resolved all debts to the monitoring company and his final payments have been verified by the supervising pretrial services officer.

DATED this 26th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge