IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3025 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL L. MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The joint oral motion of counsel is granted and,

The change of plea hearing is continued to November 28, 2005 at 4:30 p.m. before the undersigned.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated November 3, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge