```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No. 4:05CR3025 |
| v.   ) | |
| ) | |
| DANIEL L. MOORE, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. Defendant's motion to continue, filing 110, is granted and the change of plea hearing is continued from November 28 to December 21, 2005 at 1:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED: November 18, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge