IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3025 |
| v. | ) | |
| | ) | |
| DANIEL L. MOORE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.  Defendant's motion to continue, filing 132, is granted in part and the change of plea hearing is continued from January 18, 2006 to March 3, 2006 at 2:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3.  Defendant shall appear at the hearing.

DATED January 13, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge