```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,             )
                                  )      Docket No. 4:05CR3025
      v.                           )
                                  )
DANIEL L. MOORE,                   )
                                  )             ORDER
            Defendant.             )
                                  )

      IT IS ORDERED:

      1. Defendant's motion to continue, filing 163, is granted and the change of plea hearing is continued to June 5, 2006, at 1:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

      2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

      3. Defendant shall appear at the hearing.

      DATED: April 5, 2006.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge